**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO. 1:18-cv-24882**

**FLYNAS COMPANY,**
**a company registered in the**
**Kingdom of Saudi Arabia,**

 **Plaintiff,**

v.

**LELAC AEROSPACE & DEFENSE, LLC,**
**a Delaware limited liability company;**
**BORG STEPHENSON-HUFFMAN,**
**an individual,**

 **Defendant.**
_____/

## **FINAL DEFAULT JUDGMENT**

 **THIS CAUSE** came before the Court upon Plaintiff Flynas Company's Motion for Final Default Judgment against Defendant Lelac Aerospace & Defense, LLC, and Borg Stephenson-Huffman (the "Motion") [ECF No. 25]. The Court granted the Motion in a separate Order. [ECF No. 23]. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the Court enters this separate final default judgment.

 Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**. Final Default Judgment is hereby entered in favor of Plaintiff, Flynas Company, which shall recover from Defendant, Lelac Aerospace & Defense, LLC, in the sum of USD $275,000.00; plus pre-judgment interest on that amount at the statutory rate accruing from August 28, 2017, the date Plaintiff wired that amount to Defendant; plus applicable post-judgment interest at the statutory rate accruing from the date of this Default Judgment.

The Court shall reserve ruling on awarding Plaintiff the costs and attorney's fees that it has incurred in prosecuting this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of May, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE